UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JANE DOES, as Parent and Next Friend of K.B., a Minor, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case 2:18-cv-2249 ) |
| URBANA SCHOOL DISTRICT #116, SCOTT WOODS, DONALD D. OWEN, Ed.D., and THE URBANA SCHOOL DISTRICT #116 BOARD OF EDUCATION, | ) ) ) ) ) |
| Defendants. | ) |

**MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)**

NOW COMES the Defendant, Urbana School District No. 116 and the Urbana School District #116 Board of Education, by and through its attorneys, Dennis L. Weedman and Susan E. Nicholas, Robbins, Schwartz, Nicholas, Lifton &Taylor, Ltd., and in support of this Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), states:

1. Plaintiff's federal claims against Urbana School District #116 and The Urbana School District #116 Board of Education (collectively "School Board") consists of one count pursuant to 42 U.S.C. §1983.

2. Urbana School District #116 is not a legal entity, and cannot be sued.

3. Plaintiff's federal claim against the School Board stems from conduct alleged to have been committed by Scott Woods, Principal of Urbana Middle School, and Donald Owen, Superintendent of the School District when the alleged conduct occurred.

4. Plaintiff alleges that each Defendant, "by virtue of a custom, pattern, practice or policy" have violated Plaintiff's rights, the Illinois Constitution, the United States Constitution,

and federal laws.  Plaintiff further alleges that Woods' and Owen's actions were taken "pursuant to the policies and direction of Owen and the Board."

5. To the extent the complaint against the School Board alleges a §1983 action, it must be dismissed for failure to state a claim upon which relief can be granted because plaintiff cannot establish that the Board has established policies authorizing the conduct alleged.

6. The School District's Memorandum of Law in Support of Motion to Dismiss is filed simultaneously and incorporated by reference herein.

WHEREFORE, Defendant Urbana School District No. 116 respectfully prays that this honorable Court dismiss the Complaint and grant such other relief as this Court deems equitable and just.

URBANA SCHOOL DISTRICT NO. 116

/s/ Susan E. Nicholas_____
  Susan E. Nicholas

Dennis L. Weedman ARDC# 6217120
**ROBBINS SCHWARTZ NICHOLAS**
  **LIFTON & TAYLOR, LTD.**
510 Regency Centre
Collinsville IL 62234
Telephone :  (618)343-3540
dweedman@robbins-schwartz.com


Susan E. Nicholas  ARDC# 6278132
**ROBBINS SCHWARTZ NICHOLAS**
  **LIFTON & TAYLOR, LTD.**
301 N. Neil Street, Suite 400
Champaign IL 61820
Telephone :  (217) 363-3040
snicholas@robbins-schwartz.com

CERTIFICATE OF SERVICE BY ELECTRONIC MAILING

I hereby certify that I electronically filed the foregoing MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6) with the Clerk of the Court using the CM/ECF SYSTEM on this 19th day of February, 2019, which constitutes service on below counsel, registered filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D):

Alfred M. Ivy, III                                                      Attorneys for Plaintiff
Attorney at Law
lawmba1@gmail.com


                                                                        s/ Susan E. Nicholas
                                                                        Susan E. Nicholas #6278132
                                                                        Robbins, Schwartz, Nicholas,
                                                                              Lifton & Taylor, Ltd.
                                                                        301 N. Neil Street, Suite 400
                                                                        Champaign IL 61820
                                                                        Telephone: 217.363.3040
                                                                        Fax: 217.345.3548
                                                                        Email: snicholas@robbins-schwartz.com