# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| JANE DOES, as Parent and Next Friend of K.B., a Minor, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case 2:18-cv-2249 ) |
| URBANA SCHOOL DISTRICT #116, SCOTT WOODS, DONALD D. OWEN, Ed.D., and THE URBANA SCHOOL DISTRICT #116 BOARD OF EDUCATION, | ) ) ) ) ) |
| Defendants. | ) |

## LIMITED ENTRY OF APPEARANCE

NOW COMES Susan E. Nicholas and Dennis L. Weedman of Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd., and enters its appearance on behalf of Scott Woods for purposes of filing a Motion for Extension in Time to File Responsive Pleading.

/s Susan E. Nicholas_____
Susan E. Nicholas

/s Dennis L. Weedman_____
Dennis L. Weedman

Dennis L. Weedman ARDC# 6217120
**ROBBINS SCHWARTZ NICHOLAS**
 **LIFTON & TAYLOR, LTD.**
510 Regency Centre
Collinsville IL 62234
Telephone :  (618)343-3540
dweedman@robbins-schwartz.com

Susan E. Nicholas  ARDC# 6278132
**ROBBINS SCHWARTZ NICHOLAS**
  **LIFTON & TAYLOR, LTD.**
301 N. Neil Street, Suite 400
Champaign IL 61820
Telephone :  (217) 363-3040
snicholas@robbins-schwartz.com

CERTIFICATE OF SERVICE BY ELECTRONIC MAILING

I hereby certify that I electronically filed the foregoing LIMITED ENTRY OF APPEARANCE with the Clerk of the Court using the CM/ECF SYSTEM on this 19th day of February, 2019, which constitutes service on below counsel, registered filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D):

| | |
|---|---|
| Alfred M. Ivy, III<br>Attorney at Law<br>lawmba1@gmail.com | Attorneys for Plaintiff |

s/ Susan E. Nicholas
Susan E. Nicholas #6278132
Robbins, Schwartz, Nicholas,
    Lifton & Taylor, Ltd.
301 N. Neil Street, Suite 400
Champaign IL 61820
Telephone: 217.363.3040
Fax: 217.345.3548
Email: snicholas@robbins-schwartz.com