E-FILED
Tuesday, 19 February, 2019  05:45:56 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| JANE DOES, as Parent and Next Friend of K.B., a Minor, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case 2:18-cv-2249 |
| URBANA SCHOOL DISTRICT #116, SCOTT WOODS, DONALD D. OWEN, Ed.D., and THE URBANA SCHOOL DISTRICT #116 BOARD OF EDUCATION, | ) ) ) ) ) ) |
| Defendants. | ) |

**LIMITED ENTRY OF APPEARANCE**

NOW COMES Susan E. Nicholas and Dennis L. Weedman of Robbins, Schwartz, Nicholas,

Lifton & Taylor, Ltd., and enters its appearance on behalf of Donald D. Owen for purposes of

filing a Motion for Extension in Time to File Responsive Pleading.

/s Susan E. Nicholas_____
Susan E. Nicholas

/s Dennis L. Weedman_____
Dennis L. Weedman

Dennis L. Weedman ARDC# 6217120
**ROBBINS SCHWARTZ NICHOLAS**
 **LIFTON & TAYLOR, LTD.**
510 Regency Centre
Collinsville IL 62234
Telephone :  (618)343-3540
dweedman@robbins-schwartz.com

Susan E. Nicholas  ARDC# 6278132
**ROBBINS SCHWARTZ NICHOLAS**
  **LIFTON & TAYLOR, LTD.**
301 N. Neil Street, Suite 400
Champaign IL 61820
Telephone :  (217) 363-3040
snicholas@robbins-schwartz.com


## CERTIFICATE OF SERVICE BY ELECTRONIC MAILING

I hereby certify that I electronically filed the foregoing LIMITED ENTRY OF APPEARANCE
with the Clerk of the Court using the CM/ECF SYSTEM on this 19th day of February, 2019,
which constitutes service on below counsel, registered filing users, pursuant to Fed. R. Civ. P.
5(b)(2)(D):

Alfred M. Ivy, III                                  Attorneys for Plaintiff
Attorney at Law
lawmba1@gmail.com



                                                    s/ Susan E. Nicholas_____
                                                    Susan E. Nicholas #6278132
                                                    Robbins, Schwartz, Nicholas,
                                                         Lifton & Taylor, Ltd.
                                                    301 N. Neil Street, Suite 400
                                                    Champaign IL 61820
                                                    Telephone: 217.363.3040
                                                    Fax: 217.345.3548
                                                    Email: snicholas@robbins-schwartz.com