## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, as Parent and Next Friend of K.B., A Minor, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:18-cv-02249 ) |
| URBAN SCHOOL DISTRICT #116, a Unit of Local Government; Scott Woods, Individually and in his Official Capacity as Principal of Urbana Middle School,; Donald D. Owen, Ed.D. as Superintendent of URBANA SCHOOL DISTRICT #116, in his Official Capacity; and THE URBANA SCHOOL DISTRICT #116 BOARD OF EDUCATION, in Their Official Capacities. | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I, **Natalie H. Koepke**, hereby certify that this Certificate of Service and the attached documents:

- **DEFENDANT DONALD D. OWEN, ED.D.'S INTERROGATORIES TO PLAINTIFF**
- **DEFENDANT DONALD D. OWEN, ED.D.'S REQUESTS FOR PRODUCTION TO PLAINTIFF**

were served upon the attorneys of record as listed below by sending a true and correct copy of same via electronic mail (e-mail) to the addresses provided on **May 7, 2019**. A copy of this notice has been electronically filed with the Clerk of the Court for the U.S. District-Central District of Illinois, using the Court's CM/ECF System, which will send notification and a copy of such filing to all parties of record via email. Non CM/ECF participants will receive a true and correct copy of such filing via U.S. First Class Mail.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ Natalie H. Koepke
One of the Attorneys for Donald D. Owen, Ed.D., in his capacity as Superintendent of Urbana School District # 116

George J. Manos (ARDC No. 6193694)
Natalie H. Koepke (ARDC No. 6320939)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 W. Adams Street, Suite 300
Chicago, Illinois 60661
P: (312) 345-1718
george.manos@lewisbrisbois.com
natalie.koepke@lewisbrisbois.com

4836-1449-5126.1

# SERVICE LIST

| **Attorney for Plaintiff**<br>Alfred D. Ivy, III<br>159 Lincoln Square<br>300 S. Broadway Avenue<br>Urbana, Illinois 61801<br>Lawmba1@gmail.com | **Attorneys for Defendant Scott Woods**<br>John D. Flodstrom<br>Bryan Jeffrey Vayer<br>Heyl Royster Voelker & Allen<br>301 N. Neil Street, Suite 505<br>Champaign, Illinois 61820<br>jflodstrom@heylroyster.com<br>bvayr@heylroyster.com |
|---|---|
| **Attorneys for Defendant, Urbana School District #116 and Urbana School District #116 School Board**<br>Susan E. Nicholas<br>Robbins Schwartz Nicholas Lifton & Taylor<br>301 N. Neil Street, Suite 400<br>Champaign, Illinois 61820<br>snicholas@robbins-schwartz.com | |

4836-1449-5126.1