1997-27  JDF/njk

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| JANE DOES, as Parent and Next Friend of K.B., a minor, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.:  18-cv-2249-CSB-EIL ) |
| URBANA SCHOOL DISTRICT #116, SCOTT WOODS, DONALD D. OWENS, Ed.D., and THE URBANA SCHOOL DISTRICT #116 BOARD OF EDUCATION, | ) ) ) ) ) |
| Defendants. | ) |

**MOTION TO WITHDRAW MOTION TO DISMISS**

NOW COMES the Defendant, SCOTT WOODS, by John D. Flodstrom of HEYL, ROYSTER, VOELKER & ALLEN, his attorneys, and as and for his Motion to Withdraw his Motion to Dismiss (Doc. #35), states as follows:

1.     The Defendant Woods filed a Motion to Dismiss based on the Plaintiff's failure to produce discovery responses within the time deadline set by this Court.  However, the Plaintiff has produced the discovery responses and the Motion to Dismiss is now moot.

WHEREFORE, the Defendant, Scott Woods, withdraws his Motion to Dismiss.

s/John D. Flodstrom
ARDC #6193116
Attorney for Defendant Scott Woods
Heyl, Royster, Voelker & Allen
301 N. Neil Street, Suite 505
Champaign, IL  61820
217-344-0060 Phone
217-344-9295 Fax
E-mail:  jflodstrom@heylroyster.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alfred D. Ivy, III
159 Lincoln Square
300 S. Broadway Avenue
Urbana, IL  61801
lawmba1@gmail.com
Attorney for Plaintiffs

George J. Manos
Lewis Brisbois
550 W. Adams Street, Suite 300
Chicago, IL  60661
George.Manos@lewisbrisbois.com
Attorney for Donald D. Owen

Susan E. Nicholas
Robbins Schwartz Nicholas Lifton & Taylor
301 N. Neil Street, Suite 400
Champaign, IL  61820
snicholas@robbins-schwartz.com
Attorney for Urbana School District #116
and Urbana School District #116 Board of Education

 

           s/John D. Flodstrom
           ARDC #6193116
           Attorney for Defendant Scott Woods
           Heyl, Royster, Voelker & Allen
           301 N. Neil Street, Suite 505
           Champaign, IL  61820
           217-344-0060 Phone
           217-344-9295 Fax
           E-mail:  jflodstrom@heylroyster.com

36868209_1