## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JANE DOE, as Parent and Next Friend of K.B., A Minor, <br>　　Plaintiff, <br><br>　　v. <br><br>URBANA SCHOOL DISTRICT #116, a Unit of Local Government; Scott Woods, Individually and in his Official Capacity as Principal of Urbana Middle School, ; Donald D. Owen, Ed.D. as Superintendent of URBANA SCHOOL DISTRICT #116, in his Official Capacity; and THE MEMBERS OF THE URBANA SCHOOL DISTRICT #116 BOARD OF EDUCATION , in Their Official Capacities. <br>　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No.   2:18-cv-02249 <br><br><br><br> JURY DEMAND |

### PLAINTIFF'S MOTION TO DISMISS PARTIES

(Donald D. Owen, Urbana School District #116 and Board of Education)

NOW COME, Jane Doe and K.B., the above referenced Plaintiffs, by their attorney, Alfred D. Ivy, III, pursuant state and federal law, and for their Motion to Dismiss Parties, and in support thereof Plaintiffs state as follows:

1. Plaintiffs hereby requests leave to dismiss Donald D. Owen from this cause of action.

2. Plaintiffs decline to amend their complaint against the Urbana School District #116 or its Board.

3. Plaintiffs hereby request leave to dismiss Urbana School District #116 and its Board of Education from this cause.

Wherefore, Plaintiffs humbly request that this Honorable Court grant their requests and permit this cause to continue against the remaining defendant Scott Woods.

        Respectfully submitted
        Jane Doe – Parent and Next Friend of K.B.,
                Plaintiff

        s/ Alfred D. Ivy, III
        Alfred D. Ivy, III
        Attorney for Plaintiff

Alfred D. Ivy, III – JD/MBA
Attorney at Law #6277701
P.O. Box 21038
611 West 63rd Street
Chicago, Illinois 60621
Lawmba1@gmail.com
217-480-4893